FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 08, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>21.06 ACRES OF LAND, MORE OR LESS, SITUATE IN BENTON COUNTY, STATE OF WASHINGTON; DAVE BOWERS AND LORI BOWERS, HUSBAND AND WIFE, et al.,<br><br>Defendants. | No. 4:25-CV-05125-RLP<br><br>FINAL JUDGMENT |

Before the Court is the Stipulation as to Just Compensation and Disbursement executed by the United States of America and all defendants herein. ECF No. 11. The motion is granted.

**Accordingly, IT IS ORDERED:**

1.    The parties' Stipulation as to Just Compensation and Disbursement, **ECF No. 11**, is **GRANTED**.

FINAL JUDGMENT * 1

2.      The just compensation which the United States of America shall pay Defendants David and Lori Bowers for the taking of property interest more fully described in the Declaration of Taking filed herein, is the stipulated sum of $100.00, inclusive of interest.

3.      The said sum of $100.00, is full and just compensation and shall be full satisfaction of any and all claims of whatsoever nature against the United States of America, including but not limited to attorneys' fees, which arise by reason of the institution and prosecution of this action and the taking of the interest in said lands, and that said sum was previously deposited in the Registry of this Court.

4.      In the event that any other party is ultimately determined by a court of competent jurisdiction to have any right to receive compensation for the property taken in this case, Defendants shall refund into the Registry of the Court the compensation distributed herein, or such part thereof as the Court may direct, with interest thereon calculated in accordance with the provision of 40 U.S.C. § 3116, from the date of the receipt of the deposit by defendant to the date of repayment into the Registry of the Court.

5.      The remaining terms of the Stipulation as to Just Compensation are incorporated by reference in this Order, including:

FINAL JUDGMENT * 2

       i.     The sum of $100.00 shall be subject to all liens, encumbrances and charges of whatsoever nature existing against the Property at the time title to the estate taken vested in the United States of America;

       ii.    Defendants Dave and Lori Bowers shall save and hold harmless the United States of America from all claims or liability resulting from any unrecorded leases or agreements affecting the subject property on the date of taking; and

       iii.   The Parties shall be responsible for their own legal fees, costs and expenses (including attorneys' fees, consultants' fees, and any other expenses).

6. Upon the United States depositing the compensation into the Registry of the Court, the Clerk of the Court shall, without further order of this Court, disburse to Defendants, with check payable to:

David and Lori Bowers

At the following address:

415 Larkhaven Ct.
Richland, WA 99352.

all sums on deposit in the Registry of the Court, together with any interest earned thereon while on deposit.

FINAL JUDGMENT * 3

7.    Following disbursement of the above sums to the Defendants, this case shall be **CLOSED**.

8.    The Court shall retain jurisdiction over this matter, if necessary, to address any additional claims by real parties in interest revealed by the title examination and to clarify the description of the property taken as shown by survey results.

**IT IS SO ORDERED.** The District Court Clerk is directed to enter this Order and provide copies to counsel.

DATED July 8, 2026.

REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE

FINAL JUDGMENT * 4